FILED

OCT 27 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER OATIS,

Plaintiff,

v.

T. FRIEDRICHS,

Defendant.

No. C 15-2319 RMW (PR)

ORDER OF DISMISSAL

Plaintiff, a California state prisoner proceeding pro se, filed a civil action in state court against defendant. Defendant removed that case to federal court because plaintiff alleged a violation of his civil rights under 42 U.S.C. § 1983. On September 15, 2015, the court dismissed the complaint with leave to amend. (Docket No. 11.) Plaintiff was directed to file an amended complaint within thirty days from the date the order was filed. (Id.) The deadline has passed and plaintiff has not filed an amended complaint nor has he had any further communication with the court. Accordingly, plaintiff's case is DISMISSED.

The clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 10/26/2015

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER OATIS,

Plaintiff,

v.

T. FRIEDRICHS,

Defendant.

Case No. 5:15-cv-02319-RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Oatis ID: T73229
Correctional Training Facility (CTF)
P. O. Box 689
Soledad, CA 93960

Dated: 10/27/2015

Susan Y. Soong
Clerk, United States District Court

By: Elizabeth C Garcia
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA

United States District Court
Northern District of California