UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OATIS,<br><br>            Plaintiff,<br><br>     v.<br><br>T. FRIEDRICHS,<br><br>            Defendants. | No. C 15-2319 RMW (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner proceeding pro se, filed a civil action in state court against defendant. Defendant removed that case to federal court because plaintiff alleged a violation of his civil rights under 42 U.S.C. § 1983. On September 15, 2015, the court dismissed the complaint with leave to amend. Plaintiff filed an amended complaint, adding a second defendant. The court dismissed the amended complaint with leave to amend, and directed plaintiff to file a second amended complaint within thirty days. The court granted plaintiff an extension of time to do so, and plaintiff second amended complaint was due on June 1, 2016. The deadline has passed and plaintiff has not filed a second amended complaint nor has he had any further communication with the court. Accordingly, plaintiff's case is DISMISSED.

The clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED**.

Dated: 6/16/2016



RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California